**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) | |
| | ) | No. 07 C 3141 |
| Plaintiff, | ) ) | Judge Kennelly |
| v. | ) ) | |
| COASTAL TRAINING TECHNOLOGIES CORP., | ) ) ) | |
| Defendant. | ) ) | |

      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, G.M. Sign, Inc. and Coastal Training Technologies Corp., through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action on an individual basis in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

      RESPECTFULLY SUBMITTED this 31th day of January, 2008.

| G.M. SIGN, INC. | COASTAL TRAINING TECHNOLOGIES CORP. |
|---|---|
| By: s/ Brian J. Wanca, Esq.<br>   Brian J. Wanca, Esq.<br>   ANDERSON + WANCA<br>   3701 Algonquin Road, Suite 760<br>   Rolling Meadows, IL 60008<br>   (847) 368-1500 | By: s/ A. Colin Wexler<br>   A. Colin Wexler, Esq.<br>   GOLDBERG, KOHN, BELL, BLACK,<br>    ROSENBLOOM & MORITZ, LTD.<br>   55 East Monroe Street, Suite 3300<br>   Chicago, Illinois 60603<br>   (312) 201-4000<br><br>   Beth Hirsch Berman, Esq.<br>   Christian R. Eriksen, Esq.<br>   WILLIAMS MULLEN<br>   A Professional Corporation<br>   1700 Dominion Tower<br>   999 Waterside Drive<br>   Norfolk, Virginia 23510-3303<br>   (757) 629-0601 |