**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division**

G.M. Sign Inc
                                               Plaintiff,

v.                                                      Case No.: 1:07−cv−03141
                                                                Honorable Matthew F. Kennelly

Coastal Training Technologies Corp
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 4, 2008:

       MINUTE entry before Judge Matthew F. Kennelly : Case is dismissed with prejudice pursuant to 41(a)(1)(ii). Status hearing date of 3/5/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.